IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

Plaintiff,

-vs-

Criminal Action No.
26-00206-01-CR-W-DGK

MARK A. COURTER,

Defendant.

---

**MEMORANDUM OF MATTERS DISCUSSED AND**
**ACTION TAKEN AT PRETRIAL CONFERENCE**

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGES**:

| | | |
|---|---|---|
| Count 1 | Possession with Intent to Distribute Methamphetamine, *in violation of* 21 U.S.C. §§ 841(a)(1) and (b)(1)(B) |
| Count 2 | Possession of a Firearm in Furtherance of a Drug Trafficking Crime, *in violation of* 18 U.S.C. § 924(c)(1)(A)(i) |
| Count 3 | Felon in Possession of a Firearm, *in violation of* 18 U.S.C. §§ 922(g)(1) and 924(a)(8) |

**TRIAL COUNSEL**:

Government: Maureen Brackett

Case Agent: Detective Justin Williams of the Kansas City Missouri Police Department

Defense: Travis Poindexter; Mark Wolpink (Investigator)

**OUTSTANDING MOTIONS**: None

**ANTICIPATED MOTIONS**: None

**TRIAL WITNESSES**:

Government: 5-6 witnesses, including one drug expert and one gun expert

Defense: 3 witnesses, including Defendant who ( ) will
( x ) may
( ) will not testify

**TRIAL EXHIBITS**:

Government: 35 exhibits

Defense: 5-6 exhibits

**DEFENSES**:

( x ) defense of general denial

(   ) defenses of general denial and ______________________________

**POSSIBLE DISPOSITION**:

(   ) Definitely for trial

(   ) Motion to continue to be filed

(   ) Possibly for trial

( x ) Likely a plea will be worked out

**TRIAL TIME**: **3.5-4 days**

Government's case including jury selection: 3 days

Defense case: .5-1 day

**STIPULATIONS**:

(   ) not likely

(   ) not appropriate

( x ) undetermined, but potentially as to:

- ( x ) chain of custody
- (   ) chemist's reports
- ( x ) prior felony conviction
- (   ) interstate nexus of firearm
- (   ) other: ______________________________

**UNUSUAL QUESTIONS OF LAW**: None

**FILING DEADLINES:**

**Witness and Exhibit Lists**:

Government: November 16, 2026

Defense: November 16, 2026

**Counsel are requested to list witnesses in alphabetical order on their witness list.**

**Exhibit Index, Voir Dire, Jury Instructions**: November 16, 2026

**Jury instructions must comply with Local Rule 51.1**

**Motions in Limine**: November 16, 2026

**TRIAL SETTING**: Criminal jury trial docket commencing 11/30/2026

**Please note**: *Any conflicting settings on trial docket?* None

**OTHER**:

( ) A ____________________-speaking interpreter is required.

( ) Other assistive devices: ____________________________________________

**IT IS SO ORDERED.**

*/s/ Jill A. Morris*
JILL A. MORRIS
United States Magistrate Judge